IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD M. LEE, | ) | |
| | ) | |
| Petitioner, | ) | 4:16CV3058 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONS, ET AL., | ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondents. | ) | |
| | ) | |

    Lee has filed a petition for writ of habeas corpus.¹ However, it is too late as shown by the undisputed facts. (E.g., filing no. 12 at CM/ECF pp 1-2). Specifically, 568 days went by that counted against Lee before he filed this action. The Respondents have filed a motion for summary judgment, but Petitioner has not responded. Specifically, he has not shown any reason to excuse his tardy filing and I cannot find any excuse independently.

    I now deny the petition and dismiss the petition with prejudice pursuant to 28 U.S.C. § 2241(d)(1)(A) as it is untimely. Additionally, a petitioner cannot appeal an adverse ruling on his petition for writ of habeas corpus under § 2254 unless he is granted a certificate of appealability. 28 U.S.C. § 2253(c)(1); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b)(1). The standards for certificates (1) where the district court reaches the merits or (2) where the district court rules on procedural grounds are set for in *Slack v. McDaniel*, 529 U.S. 473, 484-485 (2000). I have applied the

---

¹Petitioner has styled his action as an "Application for Certificate of Appealability" to the Eighth Circuit Court of Appeals. However, it is clear that Petitioner intended to file a petition for writ of habeas corpus in this court and we have treated it as such.

appropriate standard and determined that Petitioner is not entitled to a certificate of appealability.

IT IS ORDERED that:

1. Respondent's Motion for Summary Judgment (filing no. 11) is granted. The Petition (filing no. 1) is denied and dismissed with prejudice.

2. The court will not issue a certificate of appealability in this matter.

3. The court will enter a separate judgment in accordance with this order.

DATED this 13th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge