IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD M. LEE, | ) | |
| | ) | |
| Petitioner, | ) | 4:16CV3058 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICE, SCOTT R. FRAKES, Department of Correction, and UNKNOWN PRISON OFFICIAL, | ) ) ) ) ) | ORDER |
| | ) | |
| Respondents. | ) ) | |

     IT IS ORDERED that Mr. Lee may appeal in forma pauperis. A certificate of appealability was denied.

     DATED this 20th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge